UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ACCESS 4 ALL, INC. a Florida not-for-
profit corporation, and FELIX ESPOSITO,
Individually,

    Plaintiffs,

v.                                      Case No.  8:04-cv-394-T-30MAP

ANJANI INC., a Florida Profit Company,
d/b/a DAYS INN,

    Defendants.
_____/

## ORDER

    THIS CAUSE comes before the Court upon Plaintiffs' Motion to Compel (Dkt. # 33). Plaintiffs seek an order compelling Defendant to pay the $5,250.00 in court approved attorney's fees and costs resulting from the settlement of this matter. The Court, having considered the motion and being otherwise fully advised, finds that the motion should be denied. The Court closed this case and did not retain jurisdiction to enforce the settlement agreement. Plaintiffs' proper recourse is to pursue a separate action against Defendant to enforce the settlement agreement.

    It is therefore ORDERED AND ADJUDGED that Plaintiffs' Motion to Compel (Dkt. # 33) is DENIED.

    **DONE** and **ORDERED** in Tampa, Florida on October 14, 2005.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2004\04-cv-394.mot compel settlement.wpd